```
LAWRENCE G. BROWN
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 551-2700

Attorney for Plaintiff
```

FILED
OCT -9 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>In Re: Search of 2606<br>Ceanothus Avenue, Chico, CA | CASE NO. 2:09-SW - 263 DAD<br><br>Proposed Order to Unseal<br>Search Warrant, Application,<br>and Affidavit |

Petition having been made to the Court to unseal the above named Search Warrant, Application and Affidavit, and the Court having considered the petition and finding good cause therefor;

IT IS HEREBY ORDERED that the Search Warrant, Application and Affidavit named above, shall be unsealed.

DATED: 10/9/09

_____
DALE A. DROZD
United States Magistrate Judge

1