```
BENJAMIN B. WAGNER
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

**FILED**
NOV 17 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>In the Matter of Search of:<br>  2606 Ceanothus Avenue, Chico CA | 2:09-SW 263-DAD<br><br>ORDER FOR EXTENSION OF TIME TO COMPLETE SEARCH OF COMPUTER HARD DRIVES, ZIP DISKS, THUMB DRIVES, AND DIGITAL CAMERAS. |

Good cause appearing, the Court hereby orders that the United States may have an additional ~~75~~ 60 days, until ~~February 2~~ January 18, *DAD* 2010, to complete the search of the items seized in this case, *absent further order of the court in response to a showing of* IT IS SO ORDERED. *exceptional need for additional time.* *DAD*

DATED: 11/17/09

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

6